HARRY KAISERMAN, Plaintiff-Appellee, *v.* GOLDYE COHN ELLENSON, Defendant-Appellant.

(No. 12427;

Fourth District—March 14, 1974.

Opinion by Mr. JUSTICE CRAVEN.

Gerald B. Cohn, of Bethalto, for appellant.

Sorling, Catron and Hardin, of Springfield (Patrick V. Reilly, of counsel), for appellee.